**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-3220<br>Fax (410) 962-6836 |

June 19, 2020

MEMORANDUM TO COUNSEL

    Re:    *Carmen's Corner Store et al v. Small Business Administration et al*
               Civil No. CCB-20-1736
               *Defy Ventures, Inc. v. United States Small Business Administration, et al.*
               Civil No. CCB-20-1838

Dear Counsel:

    This will confirm the results of our conference call yesterday.

    The Plaintiffs' motion to expedite briefing schedule (ECF 15 in 20-1838) is Granted to the extent that the defendants' response to the motions for preliminary injunction (ECF 2 in 20-1838; ECF 7 in 20-1736) is due June 24, 2020. The plaintiffs reply in both cases is due no later than noon on June 26, 2020.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                             Sincerely yours,

                                             /S/

                                           Catherine C. Blake
                                           United States District Judge